166 So. 64

### Melvin HILL v. STATE.
### 6 Div. 926.

Supreme Court of Alabama.
Feb. 27, 1936.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

J. A. Lusk & Son, of Guntersville, opposed.

PER CURIAM.

Petition of the state of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review. and revise the judgment and decision of that Court in Melvin Hill v. State, 166 So. 60.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.